IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLENNA P. FLOYD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 2:05-0043 |
| | ) |
| | ) Judge Thomas A. Wiseman, Jr. |
| JO ANNE B. BARNHART, | ) Magistrate Judge Knowles |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Before the Court is Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 10). For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the Magistrate Judge reached the correct conclusions in the Report and Recommendation and therefore ACCEPTS and ADOPTS the Report and Recommendation (Doc. No. 15). Plaintiff's Motion for Judgment on the Administrative Record is DENIED. The Commissioner's judgment is hereby AFFIRMED.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Court Judge